UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GLASKER JACKSON, | ) |
| Plaintiff, | ) No. 03:12-cv-00974-HU |
| vs. | ) **FINDINGS & RECOMMENDATION ON INITIAL REVIEW OF AMENDED COMPLAINT** |
| MULTNOMAH COUNTY, and MICHAEL D. SCHRUNK, District Attorney, | ) |
| Defendants. | ) |

Glasker Jackson
13901 S.E. Schiller Street
Portland, OR 97236

　　Plaintiff *pro se*

HUBEL, Magistrate Judge:

　　On June 25, 2012, I granted the plaintiff's application for leave to proceed *in forma pauperis*, and performed an initial review of the plaintiff's Complaint pursuant to 28 U.S.C. § 1915. I found the plaintiff had failed to state claims against either of the named defendants with sufficient clarity for the defendants to respond. In the interests of justice, I allowed the plaintiff to file an Amended Complaint, directing him, specifically, to state the facts and legal basis for each claim he asserted against Multnomah County, and against District Attorney Michael D. Schrunk. *See* Dkt. #5.

1 - INITIAL REVIEW ORDER

On July 9, 2012, the plaintiff filed his Amended Complaint. Dkt. #7. If anything, the plaintiff's claims are even less understandable in the amended pleading. In addition to repeating, verbatim, the factual recitation from his original Complaint, the plaintiff also asks a number of questions in the amended pleading regarding procedures employed by the Multnomah County Circuit Court, and by public defenders appointed by that court. None of his questions clearly implicates any violation of the federal Constitution or federal law.

The court must dismiss a *pro se* action on initial review, if the court finds the plaintiff's claims are frivolous, fail to state a claim for which relief may be granted, or seek monetary relief against a defendant who is immune from the requested relief. 28 U.S.C. § 1915(e)(2). I find the plaintiff in this case has failed to allege sufficient facts to establish a violation of any federal or constitutional law, and he therefore has failed to state any claim against the two named defendants for which relief may be granted. Accordingly, I recommend the case be dismissed.

### ***SCHEDULING ORDER***

These Findings and Recommendation will be referred to a district judge. Objections, if any, are due by **September 7, 2012.** If no objections are filed, then the Findings and Recommendation will go under advisement on that date. Because the defendants have

2 - INITIAL REVIEW ORDER

not yet been served with process and have not, therefore, appeared in the case, no responses to objections will be received.

IT IS SO ORDERED.

Dated this _20th_ day of August, 2012.

/s/ Dennis J. Hubel
_____
Dennis James Hubel
Unites States Magistrate Judge

3 - INITIAL REVIEW ORDER